```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                         Plaintiff(s)

          -vs-                                    05-CR-6076T

     TODD COLWELL,
     ROGER ROCKHILL

                         Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

                                                              S/ MICHAEL A. TELESCA  
                                                            MICHAEL A. TELESCA  
                                                            United States District Judge

Dated:  Rochester, New York  
        February 27, 2006